**Order entered October 17, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01143-CV

## IN RE ARTURO SOLIS, Relator

**Original Proceeding from the 52nd District Court**
**Coryell County, Texas**
**Trial Court Cause No. C10-11-40751**

## ORDER
Before Justices Francis, Brown, and Whitehill

Before the Court is relator's October 16, 2017 "Motion for Appellate Time Table Calculations be Made Under Prisoners Mail-Box Rule Timely Filed Permissible Post-Judgment Motions on Record."[1]  Based on the Court's October 9, 2017 opinion denying relator's petition for writ of mandamus, we **DENY** the motion as moot.

/s/     ADA BROWN
          JUSTICE

---

[1] Although originally filed in the Tenth Court of Appeals and docketed as case number 10-17-00286-CR, this original proceeding was transferred to this Court pursuant to Tex. Gov't Code § 73.001 and due to recusals on the Tenth Court of Appeals.  *See* TEX. SUP. CT. ORDER, Misc. Docket No. 17–9127 (Sept. 28, 2017).